No. 514. INDIANOLA COAL CO. *v.* HEINER, COLLECTOR OF INTERNAL REVENUE; and

No. 515. SAME *v.* LEWELLYN, FORMERLY COLLECTOR OF INTERNAL REVENUE. January 20, 1930. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Wm. A. Seifert* for petitioner. *Solicitor General Hughes, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, Sewall Key, A. H. Conner, W. Marvin Smith, Clarence M. Charest,* and *L. H. Bayliss* for respondents.

No. 516. BESSEMER COAL & COKE CO. *v.* HEINER, COLLECTOR OF INTERNAL REVENUE; and

No. 517. SAME *v.* LEWELLYN, FORMERLY COLLECTOR OF INTERNAL REVENUE. January 20, 1930. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Wm. A. Seifert* for petitioner. *Solicitor General Hughes, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, Sewall Key, A. H. Conner, W. Marvin Smith, Clarence M. Charest,* and *L. H. Bayliss* for respondents.

No. 518 WALKER ET AL. *v.* TRAYLOR ENGINEERING & MFG. CO. January 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Wilson A. Chase* for petitioners. No appearance for respondent.

No. 521. LION LABORATORIES, INC., ET AL. *v.* CAMPBELL, FEDERAL PROHIBITION ADMINISTRATOR, ET AL. January 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Charles*